SEALED

E-FILED
Friday, 04 March, 2005 01:59:56 PM
Clerk, U.S. District Court, ILCD

# United States District Court

FILED
MAR 0 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA

v.

ANDEATTE SANDERS

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-3015

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____March 3, 2005_____ in _Sangamon_ County, in the_ Central _ District of _____Illinois_____ defendant(s) did:

Count One: knowingly and intentionally aided and abetted the illegal possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 2 and 922(g);

Count Two: accessory after the fact, in violation of 18 U.S.C. § 3 and 922(g).

I further state that I am an _____ATF Special Agent_____ and that this complaint is based on the following facts:
                                          Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:  ■ Yes   ☐ No

s/ Peter A. Pappas
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 3, 2005  4:30 pm                    at Springfield, Illinois
Date                                       City and State

Byron G. Cudmore
U.S. Magistrate Judge                      s/ Byron G. Cudmore
Name & Title of Judicial Officer           Signature of Judicial Officer

| | |
|---|---|
| STATE OF ILLINOIS | ) |
|  | ) ss |
| COUNTY OF SANGAMON | ) |

## AFFIDAVIT

I, Peter A. Pappas, being duly sworn state the following is true and correct to the best of my knowledge and belief:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco and Firearms (ATF), and have been so employed for the past 16 years. Prior to that, I was a Police Officer with the Dallas, Texas Police Department for approximately 4 years.

2. This affidavit is made in support of a complaint charging DOSSIE (year of birth 1978) and ANDEATTE SANDERS (year of birth 1983) with felon in possession of a firearm, possession of a firearm in relation to a drug trafficking offense and with possession of a controlled substance in violation of Title 18, U.S.C., Section 922(g), Title 18, U.S.C., Section 924(c) and Title 21, Section 841(a). Warrants for the defendants arrest is requested.

3. Based upon the following, there is probable cause to believe that on March 2, 2005, Dossie Sanders, (a person having previously been convicted of a felony, namely unlawful possession of a controlled substance, Sangamon County case number 95-CF-895, aggravated battery, Sangamon County case number 96-

CF-994), knowingly possessed in Springfield, Sangamon County, Illinois the following: Sig Sauer, .357 caliber pistol, bearing serial number AE13346; a Glock, model 26, pistol; a Smith & Wesson, Sigma, 40 caliber pistol, serial number paf0799; a Lorcin, 9mm pistol, serial number 1050057, all of which having traveled in interstate commerce; and, approximately 100 grams of suspected powder cocaine and approximately 27 grams of suspected crack cocaine.

4.  The following information is based upon my personal observation and information officially supplied to me by other law enforcement agents. Not every fact known to me is included in this affidavit, due to its limited purpose of establishing probable cause to believe the defendant committed the crime charged.

5.  On March 2, 2005 at approximately 5:00 p.m., a black male and a black female, later identified as Dossie Sanders and his wife, Andeatte Sanders, entered Birds 'N Brooks Army-Navy Surplus at 2641 South 6th Street, Springfield, Illinois. Birds 'N Brooks is a Federal Firearms Licensee, number 3-37-167-01-7K-10709. While inside Birds 'N Brooks, Dossie Sanders reached into his waistband and pulled out a black handgun and handed it to the clerk, Phil Davis, and told Davis he wanted to purchase some 40 caliber ammunition for the gun. Mr. Davis, along with the owner of Birds 'N Brooks, Dale Patterson, made sure the

firearm was safe. While doing so, Patterson identified the firearm as a Sig Sauer, model P229, 357 caliber, similar to the type of handguns the Springfield Police Department issues it's officers. The magazine in the firearm was taken out of the pistol and Davis noticed it was stamped "restricted law enforcement use only." Davis advised Sanders that this firearm took 357 caliber ammunition and asked Sanders for his FOID Card. Sanders told Davis he did not have a FOID card but that his wife did and asked his wife to go to the car and ger her card. Davis stated Andeatte Sanders came back into the store and handed him her FOID card. At this time, Davis handed the Sig Sauer pistol, along with her FOID Card, back to Andeatte Sanders and told them he would not sell her ammunition because Davis knew the ammunition was actually for her husband, Dossie Sanders. Davis and Patterson followed the SANDERS' out to their vehicle and copied down the license plate, (IL 7884741) and called the police.

6.    Subsequent to their departure, Springfield Police Officer Dahlkamp arrived at the scene. Mr. Davis and Mr. Patterson described to Officer Dahlkamp Dossie Sanders as being a black male, 27-30 years of age, 6', 150 pounds, wearing a black "Starter like" jacket, blue jeans and a dark stocking cap. Davis and Patterson described Andeatte Sanders as being a black female, 5'4", 100 pounds wearing a dark coat.

7. A vehicle license check of the license plate provided to Officer Dahlkamp by Davis and Patterson revealed that the vehicle Dossie and Andeatte Sanders left in from Birds 'N Brooks was registered to Andaette Sander, 1629 East Edwards, Springfield, Illinois. Based upon this information, Officer Dahlkamp traveled to 1629 East Edwards. Upon his arrival, Officer Dahlkamp observed a dark green Lexus bearing IL license plate7884741 parked in the driveway with its engine running and no occupants. Officer Dahlkamp knocked on the front door of 1629 East Edwards and advised Dossie Sanders that they wanted to talk to him. Subsequently, Dossie Sanders came out of the residence and was advised by officers that they were investigating a black male who had attempted to buy ammunition for a firearm matching his description earlier at the Birds N' Brooks Army-Navy establishment. Sanders advised officers that he had not been at the location that day. Officers asked Sanders who had been driving the Lexus, which was parked in the driveway, and Sanders replied that it was his wife.

8. Shortly after Sanders exited the residence, Andeatte Sanders (Dossie Sanders' wife) came out of residence. Officers asked Andeatte Sanders if she had been at the Birds N' Brooks establishment that day at around 5:00 p.m. Andeatte Sanders said that she had been, but Dossie Sanders was not with her. Andeatte

Sanders stated that she was at the location with a black male known only to her as "Beast." Andeatte could not provide any additional information about "Beast," only that she had met him through an unidentified friend.

9. At approximately 6:56 p.m., Dale Patterson arrived at 1629 Edward Street where he positively identified Dossie Sanders and Andeatte Sanders as being the same individuals who had entered his store with the Sig Sauer, 357 caliber pistol wanting to purchase ammunition at approximately 5:00 p.m. earlier that evening.

10. At this point, Dossie Sanders was arrested by the Springfield Police Department for felon in possession of a firearm and his wife, Andeatte Sanders, was arrested for obstruction of justice. The residence was then secured by officers of the Springfield Police Department pending the obtainment of a search warrant.

11. Based on the above information, Springfield Police Officer Stephen D. Dahlkamp, #453, applied for and obtained a search warrant for the residence of Dossie Sanders at 1629 East Edwards, Springfield, Illinois from Judge Steven Nardulli, Judge of the Circuit Court, Sangamon County, Illinois.

12. Execution of the search warrant revealed the following evidence was seized from the residence of Dossie Sanders:

    a.    Approximately 100 grams of powder cocaine, 27 grams of crack cocaine and 20 grams of cannabis in a green safe in the southeast bedroom. Inside the same safe was $5,380.00 in US Currency, a Lorcin, 9mm pistol, serial number 1050057, a Smith & Wesson, Sigma, 40 caliber pistol, serial number paf0799, a Vulcan, 45 caliber Uzi type pistol, serial number f5050, a Sig Sauer, 357 caliber pistol, serial number AE13346

    b.    Glock, model 26, pistol loaded with 10 rounds of ammunition found in the southeast bedroom on top of the west dresser.

    c.    Mossberg, Ducks Unlimited shotgun with a drum magazine found in the southeast bedroom on the north shelf.

    d.    $4,465.00 in US Currency found in the southeast bedroom on the top of the dresser.

    e.    Drug paraphernalia and ammunition was found throughout the house.

    f.    Two mens Safariland ballistic vests, size medium found in the northeast bedroom.

(It should be noted that Dossie Sanders' residence was fortified with security cameras located on the outside doors of 1629 East Edwards, Springfield, Illinois. The cameras were hooked up to a working TV inside the residence.)

13.    Based on an initial review of the firearm information in this case, ATF Special Agent Dennis Fritzsche was able to determine that the Sig Sauer pistol, the Glock 9 mm pistol, the Lorcin pistol, the Smith & Wesson 40 caliber pistol, the Mossberg, shotgun were not manufactured in the State of Illinois. Thus, by virtue of the firearms being possessed in Illinois, these firearms have traveled in interstate commerce prior to March 2, 2005.

14. On or about March 2, 2005, Springfield Police Officer Paula Morrow, #478, field-tested a representative sample of the suspected powder cocaine and suspected crack cocaine. Both samples tested positive for the presence of cocaine.

s/ Peter A. Pappas
Peter A. Pappas, Special Agent
Bureau of Alcohol, Tobacco, Firearms And Explosives

Subscribed and sworn to before me
this 3rd day of March, 2005.   4:30 PM

s/ Byron G. Cudmore
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE