IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 05-MJ-3015 |
| ) | |
| ANDAETTE R. SANDERS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR SETTING APPROPRIATE BOND**

**NOW COMES** Defendant, Andaette R. Sanders, by and through her attorney, Jon Gray Noll, and in support of her Motion for Setting Appropriate Bond, states to this Honorable Court as follows, that:

1. Defendant is charged in the above-entitled cause with aiding and abetting the illegal possession of a firearm by a felon, in violation of 18:2 and 922(g) and an accessory after the fact, in violation of 18:3 and 922(g), 18:922G.F.

2. Defendant is currently incarcerated at the Sangamon County Jail, Springfield, Illinois.

3. A detention hearing in this cause is scheduled for Monday, March 7, 2005, at 2:30 p.m.

4. Since her incarceration, the Defendant's family, friends and acquaintances have gathered information and documentation for the benefit of this court in support of her request to this Court to reconsider her request for bond.

5. *United States v. Torres*, 929 F.2d 291, 292 (7th Cir. 1991), provides that evidence in support of bond for defendants may be presented by the parties either through witnesses or by proffer. In reliance thereon, Defendant, Andaette Sanders, submits the following to this Court:

(a) Defendant herein was arrested on or about March 4, 2005, and charged with aiding and abetting the illegal possession of a firearm by a felon, in violation of 18:2 and 922(g) and an accessory after the fact, in violation of 18:3 and 922(g), 18:922G.F.

(b) Defendant is a fine, responsible individual. She was in the United States Army and has served her country well in Iraq. A copy of her Certificate of Release or Discharge from Active Duty and her Honorable Discharge dated November 24, 2004, are attached herein as Exhibits 1 and 2.

(c) If released on bond, Defendant has permission to reside with her mother-in-law, Crelon Kay Sanders, in Springfield, Illinois.

(d) Defendant has never been charged with a crime of violence.

(e) Defendant is not a threat to the community, nor is she a flight risk.

(f) Attached hereto are letters of reference in support of Defendant provided by her family and friends, as follows:

    (i) Exhibit 3: Letter from Crelon Kay Sanders, mother-in-law of the Defendant;

    (ii) Exhibit 4: Letter from Dorothy Gragg, friend of the Defendant;

    (iii) Exhibit 5: Letter from Geneva A. Sanders;

    (iv) Exhibit 6: Letter from Linda Adams; and

    (v) Exhibit 7: Letter from Shatonya Adams.

(g) Pursuant to *Title 18, U.S.C. §3142(a)(2),* Defendant should be released on a condition or combination of conditions set by this Court and the U.S. Probation

    Office to insure her presence at trial and to allow Defendant to continue to be employed.

(h) Filed contemporaneously with this motion is a Memorandum in Support of this motion, which memorandum is incorporated herein in its entirety.

**WHEREFORE,** Defendant, Andeatte R. Sanders, respectfully requests this Honorable Court allow her release from detention with appropriate conditions to insure her presence at future hearings, and for such other and further relief as this Court deems just and equitable.

        Respectfully submitted,

        ANDEATTE R. SANDERS, Defendant

    BY: /s Jon Gray Noll
       Jon Gray Noll 02060108
       Attorney for Defendant
       Noll Law Office
       802 South Second Street
       Springfield, IL 62704
       Telephone: (217) 544-8441
       Fax: (217) 544-8775
       E-mail: noll@noll-law.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

### CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com