IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-MJ-3015 |
| ANDAETTE R. SANDERS, | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

**NOW COMES** the Noll Law Office, by its representative, JON GRAY NOLL, and hereby enters its appearance on behalf of Defendant, ANDAETTE R. SANDERS. All future notices and pleadings concerning this matter should be forwarded to the address listed below.

Respectfully submitted,

NOLL LAW OFFICE

BY: ____/s Jon Gray Noll____
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

### CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

AUSA Patricia McInerney
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com