**E-FILED**
Thursday, 10 March, 2005 04:04:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 05-M-3015 |
| | ) | |
| DOSSIE SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Patricia A. McInerney, gives notice of the filing of the accompanying proposed detention order on March 10, 2005.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

S/Patricia A. McInerney
Assistant United States Attorney
Attorney Bar No. 0782440
318 South Sixth Street
Springfield, IL 62701
Telephone: (217) 492-4450
E-mail: patricia.a.mcinerney@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on March 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Douglas Beevers
    Assistant Federal Defender

    S/Patricia A. McInerney
    Assistant United States Attorney
    Attorney Bar No. 0782440
    318 South 6th Street
    Springfield, Illinois 62701
    (217) 492-4450
    Fax: (217) 492-4044
    E-mail: patricia.a.mcinerney@usdoj.gov