

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MAR 1 7 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CRIMINAL NO. 05-300 |
| ) | VIO: 21 U.S.C. §§ 841(a)(1) and |
| DOSSIE SANDERS, and ) | 841(b)(1)(b) and 18 U.S.C. §§ |
| ANDEATTE R. SANDERS, ) | 924(c), 922(g), 924(a)(2), 2 |
| Defendants. ) | |

## INDICTMENT

The Grand Jury Charges:

### Count 1
(Felon in Possession of Firearm)

On or about March 2, 2005, in Springfield, in the Central District of Illinois, the

defendant,

**DOSSIE SANDERS,**

having had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, did knowingly possess in and affecting commerce a firearm,

namely: a P 229 Sig Sauer pistol serial number AE13346.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 2
(Felon in Possession of Firearm)

On or about March 2, 2005, in Springfield, in the Central District of Illinois, the defendant,

**DOSSIE SANDERS,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely: a Vulcan .45 caliber pistol serial number f5050, a Lorcin 9mm pistol serial number 1050057, a Smith and Wesson Sigma .40 caliber pistol serial number paf0799, a Glock model 26 semi-auto pistol, and a Mossberg Ducks Unlimited edition shotgun with drum magazine.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 3
(Aiding the Possession of a Firearm by a Felon)

On or about March 2, 2005, in Springfield, in the Central District of Illinois, the defendant,

**ANDEATTE R. SANDERS,**

did knowingly and intentionally aid, abet, counsel, induce and procure, the possession, in and affecting commerce, of a firearm, namely, a P 229 Sig Sauer pistol serial number AE13346 by Dossie Sanders, a prohibited person, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 2, 922(g)(1) and 924(a)(2).

## Count 4

(Aiding the Possession of a Firearm by a Felon)

On or about February 1, 2005, and continuing until March 2, 2005, in Springfield, in the Central District of Illinois, the defendant,

### ANDEATTE R. SANDERS,

did knowingly and intentionally aid, abet, counsel, induce and procure, the possession, in and affecting commerce, of a firearm, namely, a Vulcan .45 caliber pistol serial number f5050, a Glock model 26 semi-auto pistol, a Mossberg Ducks Unlimited edition shotgun with drum magazine, by Dossie Sanders, a prohibited person, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 2, 922(g)(1) and 924(a)(2).

**Count 5**
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 2, 2005, in Springfield, in the Central District of Illinois, the defendant herein,

**DOSSIE SANDERS,**

knowingly possessed a firearm, namely, a Vulcan .45 caliber pistol serial number f5050, P229 Sig Sauer pistol serial number AE13346, a Lorcin 9mm pistol serial number 1050057, a Smith and Wesson Sigma .40 caliber pistol serial number paf0799, in furtherance of a federal drug trafficking crime, namely the possession with intent to distribute cocaine and cocaine base, "crack," as charged in Counts 6 and 7 of this Indictment.

In violation of Title 18 Unites States Code, Section 924(c)(1)(A)(i).

**Count 6**
(Possession With Intent to Distribute a Controlled Substance)

On or about March 2, 2005, in Springfield, in the Central District of Illinois, the defendant herein,

**DOSSIE SANDERS,**

knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, 5 or more grams of a mixture or substance containing cocaine base, "crack," a Schedule II controlled substance,

In violation of Title 21 United States Code, Section 841(a)(1) and 841(b)(1)(B).

### Count 7
(Possession With Intent to Distribute a Controlled Substance)

On or about March 2, 2005, in Springfield, in the Central District of Illinois, the defendant,

**DOSSIE SANDERS,**

knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, a mixture or substance containing cocaine, a Schedule II controlled substance,

In violation of Title 21 United States Code, Section 841(a)(1) and 841(b)(1)(C).

### Count 8
(Possession of a Stolen Firearm)

On or about March 2, 2005, in Springfield, in the Central District of Illinois, the defendant,

**DOSSIE SANDERS,**

knowingly possessed a stolen firearm, namely a P 229 Sig Sauer pistol serial number AE13346, which had been shipped or transported in interstate commerce, before or after being stolen, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j).

A TRUE BILL

s/Foreperson
FOREPERSON

s/ J.P. Miller
JAN PAUL MILLER
UNITED STATES ATTORNEY
pam