AO 442 (Rev. 5/93) Warrant for Arrest

**SEALED**   **E-FILED**
Wednesday, 13 April, 2005 04:12:28 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**FILED**
APR 0 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

ANDEATTE SANDERS

**WARRANT FOR ARREST**

Case Number: 05-3015

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Andeatte Sanders_____
Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ■ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

aiding and abetting the illegal possession of a firearm by a convicted felon
and accessory after the fact

in violation of Title 18, United States Code, Sections 2, 3, and 922(g).

RECEIVED 2005 MAR -4 P 1:38 U.S. MARSHALS SERVICE

_Byron G. Cudmore_
Name of Issuing Officer

_s/Byron Cudmore_
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

March 3, 2005, Springfield, Illinois  4:30 pm
Date and Location

**BAIL FIXED AT $ NO BAIL**   by   **BYRON G. CUDMORE**
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Springfield, IL_

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 3-4-05 | John Carpenter | mark O___ |
| **Date of Arrest** | **Title of Arresting Officer** | |
| 3-4-05 | ATF | |