E-FILED
Wednesday, 27 April, 2005 02:37:26 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 05-30028 |
| ) | |
| ANDEATTE R. SANDERS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE PRE-TRIAL AND TRIAL SETTING

**NOW COMES** Defendant, ANDEATTE R. SANDERS, by and through her court-appointed attorney, Noll Law Office, and in support of her Motion to Continue Pre-Trial and Trial Setting, states to this Honorable Court as follows, that:

1. Defendant is charged by indictment with two counts of aiding the possession of a firearm by a felon, in violation of 18 U.S.C. §§ 2, 922(g)(1) and 924(a)(2).

2. Defendant is an indigent person which status has previously been determined by this Court.

3. A pre-trial is scheduled in the above-entitled cause for April 29, 2005, with a trial date of May 2, 2005.

4. On March 7, 2005, Defendant was released on $10,000 O/R bond and remains on bond as of this date.

5. Defendant respectfully requests a continuance of the pre-trial and trial setting in this matter due to the following:

    (a) the entire discovery is not complete; and

    (b) the fingerprint lab reports are not concluded,

as of the filing of this motion.

6.  The government has no objections to the filing of this motion.

**WHEREFORE,** Defendant, Andeatte Sanders, respectfully requests a continuance of the pre-trial and trial settings in the above-captioned matter, for a period of ninety to one hundred twenty days, or a time convenient for the Court, in order that the entire discovery may be completed and the fingerprint lab reports concluded and reviewed by Defendant and counsel, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

ANDEATTE R. SANDERS, Defendant

BY:  /s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patricia McInerney
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701
Email: patricia.a.mcinerney@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com