E-FILED
Tuesday, 05 July, 2005  01:48:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 05-30028 |
| ) | |
| ANDEATTE R. SANDERS, ) | |
| ) | |
| Defendant. ) | |

**SECOND MOTION TO CONTINUE PRE-TRIAL AND TRIAL SETTING**

**NOW COMES** Defendant, ANDEATTE R. SANDERS, by and through her court-appointed attorney, Noll Law Office, and in support of her Motion to Continue Pre-Trial and Trial Setting, states to this Honorable Court as follows, that:

1. Defendant is charged by indictment with two counts of aiding the possession of a firearm by a felon, in violation of 18 U.S.C. §§ 2, 922(g)(1) and 924(a)(2).

2. Defendant is an indigent person which status has previously been determined by this Court.

3. A pre-trial is scheduled in the above-entitled cause for July 7, 2005, with a trial date of July 11, 2005.

4. On March 7, 2005, Defendant was released on $10,000 O/R bond and remains on bond as of this date.

5. Counsel for Co-Defendant has been newly retained to assist with trial in this matter.

6. In addition, defense counsel has trial scheduled on July 11, 2005, in the pending matter of *United States v. Thomas Adcock,* Case No. 04-30065, in the United States District Court, Central District of Illinois, Springfield Division.

7.  Due to defense counsel's trial schedule conflict, and in order to fully brief newly-retained co-counsel in the instant case, Defendant respectfully requests the Court grant her Motion to Continue Pre-Trial and Trial Setting for an additional ninety days, or to a time convenient to the Court.

6.  The government has no objections to the filing of this motion.

**WHEREFORE,** Defendant, Andeatte Sanders, respectfully requests a continuance of the pre-trial and trial settings in the above-captioned matter, for a period of ninety days, or a time convenient to the Court, in order to properly coordinate with co-counsel in preparation for trial, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

ANDEATTE R. SANDERS, Defendant

BY:  /s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patricia McInerney
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701
Email: patricia.a.mcinerney@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com