E-FILED
Wednesday, 14 September, 2005  02:27:16 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 05-30028 |
| ) | |
| ANDEATTE R. SANDERS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO INCORPORATE CO-DEFENDANT DOSSIE SANDERS'
MOTION TO SUPPRESS EVIDENCE**

**NOW COMES** Defendant, Andeatte R. Sanders, by and through her court-appointed attorney, Noll Law Office, and in support of this Motion to Incorporate Co-Defendant Dossie Sanders' Motion to Suppress Evidence, states to this Honorable Court as follows, that:

1.      Defendant is charged by indictment with two counts of aiding the possession of a firearm by a felon, in violation of 18 U.S.C. §§ 2, 922(g)(1) and 924(a)(2).

2.      Defendant is an indigent person which status has previously been determined by this Court.

3.      A pre-trial is scheduled in the above-entitled cause for September 16, with a trial date of October 3, 2005.

4.      On March 7, 2005, Defendant was released on $10,000 O/R bond and remains on bond as of this date.

5.      On September 13, 2005, Co-Defendant Dossie Sanders filed a Motion to Suppress Evidence.

6.    Defendant Andeatte Sanders wishes to incorporate Co-Defendant Dossie Sanders' pre-trial motions, as set forth above.

**WHEREFORE,** Defendant Andeatte Sanders, prays that this Honorable Court enter an order allowing Defendant Andeatte Sanders to incorporate Co-Defendant Dossie Sanders' Motion to Suppress Evidence in the above-captioned cause, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

ANDEATTE R. SANDERS, Defendant

BY:   /s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patricia McInerney
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701
Email: patricia.a.mcinerney@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Andeatte Sanders
1527 E. Adams
Springfield, IL 62703

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com