E-FILED
Wednesday, 14 September, 2005  02:34:53 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-30028 |
| ANDEATTE R. SANDERS, | ) |
| Defendant. | ) |

### THIRD MOTION TO CONTINUE PRE-TRIAL AND TRIAL SETTING

**NOW COMES** Defendant, ANDEATTE R. SANDERS, by and through her court-appointed attorney, Noll Law Office, and in support of her Motion to Continue Pre-Trial and Trial Setting, states to this Honorable Court as follows, that:

1. Defendant is charged by indictment with two counts of aiding the possession of a firearm by a felon, in violation of 18 U.S.C. §§ 2, 922(g)(1) and 924(a)(2).

2. Defendant is an indigent person which status has previously been determined by this Court.

3. A pre-trial is scheduled in the above-entitled cause for September 14, 2005, with a trial date of October 3, 2005.

4. On March 7, 2005, Defendant was released on $10,000 O/R bond and remains on bond as of this date.

5. Defendant's co-counsel filed the following pre-trial motions on September 13, 2005:

   a. Motion to Quash Arrest and Memorandum in Support of Motion to Quash Arrest;

  b. Motion to Suppress Identification and Memorandum in Support of Motion to Suppress Identification; and

  c. Motion to Suppress Evidence and Memorandum in Support of Motion to Suppress Evidence.

6. Defendant has filed Motion to Incorporate Co-Defendant Dossie Sanders' Motion to Suppress Evidence contemporaneous with this Motion to Continue Pre-Trial and Trial Setting.

7. Defendant is currently reviewing ongoing discovery and is involved in ongoing plea negotiations.

6. For these reasons, the Defendant respectfully requests a continuance of the pre-trial and trial settings in this matter, for a period of ninety days, or a time that is convenient to this Court.

6. The government has no objections to the filing of this motion.

**WHEREFORE,** Defendant, Andeatte Sanders, respectfully requests a continuance of the pre-trial and trial settings in the above-captioned matter, for a period of ninety days, or a time that is convenient to this Court, and for such other and further relief as this Court deems just and equitable.

      Respectfully submitted,
      ANDEATTE R. SANDERS, Defendant


  BY: /s Jon Gray Noll
    Jon Gray Noll 02060108
    Attorney for Defendant
    Noll Law Office
    802 South Second Street
    Springfield, IL 62704
    Telephone: (217) 544-8441
    Fax: (217) 544-8775
    E-mail: noll@noll-law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patricia McInerney
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701
Email: patricia.a.mcinerney@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Andeatte Sanders
1527 E. Adams
Springfield, IL 62703

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com