IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | No. 05-30028 |
| ) | |
| ANDEATTE R. SANDERS, ) | |
| ) | |
| Defendant. ) | |

**DISCLOSURE IN COMPLIANCE WITH
FINAL PRE-TRIAL CONFERENCE REQUIREMENTS**

**NOW COMES** Defendant, ANDAETTE R. SANDERS, by and through her court-appointed attorney, Jon Gray Noll, and in compliance with the Federal Rules of Criminal Procedure and Local Rules for the Central District of Illinois, states and discloses to this Court as follows, that:

1. The following outstanding motions before this Court as of the final pre-trial hearing in the above-entitled cause are as follows:

    A. Motion to Incorporate Co-Defendant Dossie Sanders' Motion to Suppress Evidence d/e 28; and

    B. Motion to Continue Pre-Trial and Trial Setting d/e 29.

2. The Defendant does not have any witnesses to introduce at trial at this time.

3. Based upon subsequent and ongoing investigations, additional witnesses may be divulged by this Defendant.

4. By this reference, Defendant incorporates and adopts all witnesses and exhibits as disclosed by the Government in their filings, discovery, and presentations to this Court.

5. This Defendant does not have any exhibits to introduce at trial at this time.

6. Based upon subsequent and ongoing investigations, additional exhibits may be divulged by this Defendant.

7. Defendant, Andeatte Sanders, has no specific jury instructions to tender at this time. Based upon subsequent and ongoing investigations, instructions may be tendered. However, it has been counsel's experience that the Government's instructions are generally well-prepared and well presented in matters of this nature, through the standard and patterned instructions of the Seventh Circuit Court of Appeals. Unless some development occurs in the case, counsel does not anticipate any unique instructions at this time.

8. Counsel knows of no proposed stipulations between the parties.

9. Counsel will defer to the normal Court procedure of voir dire.

10. As of the filing of this disclosure, the Government has not provided counsel for Defendant with a proposed agreed statement of the case.

11. Defense counsel knows of no affirmative defense that it would present in this case which would require prior disclosure to the Government.

**WHEREFORE,** Defendant, Andeatte Sanders, prays this Honorable Court:

A. For a hearing on any outstanding issues; and

B. For such other and further relief as this Court deems just and equitable.

        Respectfully submitted,
        ANDEATTE R. SANDERS, Defendant

BY:   /s Jon Gray Noll
       Jon Gray Noll 02060108
       Attorney for Defendant
       Noll Law Office
       802 South Second Street
       Springfield, IL 62704
       Telephone: (217) 544-8441
       Fax: (217) 544-8775
       E-mail: noll@noll-law.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

### CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patricia McInerney
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701
Email: patricia.a.mcinerney@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Andeatte Sanders
1527 E. Adams
Springfield, IL 62703

       /s Jon Gray Noll
       Jon Gray Noll 02060108
       Attorney for Defendant
       Noll Law Office
       802 South Second Street
       Springfield, IL 62704
       Telephone: (217) 544-8441
       Fax: (217) 544-8775
       E-mail: noll@noll-law.com