IN THE CIRCUIT COURT
FOR THE SEVENTH JUDICIAL CIRCUIT OF ILLINOIS
SANGAMON COUNTY, SPRINGFIELD, ILLINOIS

## COMPLAINT FOR SEARCH WARRANT

Complainant, Stephen D. Dahlkamp, of the City of Springfield, County of Sangamon, State of Illinois, upon oath, complains to and informs said court:

(1) That Complainant states facts contained in the attached Affidavit to support the complaint and to show probable cause for the issuance of the Search Warrant prayed for.

(2) That the following described place or person, or both, are to be subject of the requested search: **The property located at 1629 E. Edwards Street, Springfield, Illinois, Sangamon County. The Structure is one story single-family home tan in color with white trim. The front door faces East and the numbers 1629 are affixed to the right of the door and face South. Also to be searched a green 1995 Lexus, Illinois registration 7884741, Vin. JT8J547E350090592 which is parked in a driveway to the West of the residence.**

(3) That the following things are to be seized: **Any and all firearms, live firearms ammunition, spent casings, firearms magazines or clips. Documentation showing ownership of firearms. Documentation showing residency.**

WHEREFORE, Complainant prays that a Search Warrant may issue according to law.

_____
COMPLAINANT

Subscribed and sworn to before me this 2 day of MARCH, 2005, in Springfield, Illinois, at the hour of 1:05 o'clock P.M.

I have examined the foregoing Complaint for Search Warrant and I hereby order that a Search Warrant Issue.

ENTER: MARCH 2, 2005

_____
JUDGE OF THE CIRCUIT COURT
SANGAMON COUNTY, ILLINOIS

IN THE CIRCUIT COURT
FOR THE SEVENTH JUDICIAL CIRCUIT OF ILLINOIS
SANGAMON COUNTY, SPRINGFIELD, ILLINOIS

## SEARCH WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS
TO ALL PEACE OFFICERS OF THE STATE
GREETING:

WHEREAS, Stephen D. Dahlkamp, of the City of Springfield, County of Sangamon, State of Illinois, this date appeared in person and made complaint in writing, on oath, before the undersigned _Steven Nardulli_, a Judge of the Circuit Court of Sangamon County, State of Illinois; and

WHEREAS, the undersigned being duly satisfied that there is probable cause from facts stated in the attached Affidavit;

WE THEREFORE COMMAND YOU TO SEARCH the place or person hereinafter particularly described and to seize the instruments, articles, or things described as follows:

TO BE SEARCHED: The property located at 1629 E. Edwards Street, Springfield, Illinois, Sangamon County. The Structure is one story single-family home tan in color with white trim. The front door faces East and the numbers 1629 are affixed to the right of the door and face South. Also to be searched a green 1995 Lexus, Illinois registration 7884741, Vin. JT8J547E350090592 which is parked in a driveway to the West of the residence.

TO BE SEIZED: Any and all firearms, live firearms ammunition, spent casings, firearms magazines or clips. Documentation showing ownership of firearms. Documentation showing residency.

And the property described herein, when found, shall be inventoried and return of all instruments, articles, or things seized shall be made without unnecessary delay.

_/s/ Steven Nardulli_
Judge of the Circuit Court

Dated at Springfield, Illinois, this _2_ day of _March_, 2005, at the hour of _10:15_ o'clock _P_.M..

EXHIBIT 5
70

## AFFFIDAVIT

I, Stephen D. Dahlkamp, being duly sworn, state as follows: I am a patrol officer with the Springfield Police Department. I have been employed as a Police Officer for eight years, and am currently assigned to patrol.

On today's date, 03-02-05, at approximately 5:00 P.M., a black male and a black female, later positively identified as Dossie Sanders and Andeatte Sanders respectively, went into Birds and Brooks store, 2641 S. 6th street, and went to the front counter. Employees Phil D. Davis and Dale Patterson were behind the counter. Both Davis and Patterson state Dossie Sanders said he wanted to buy ammunition for a 40 cal. Handgun. Dossie Sanders then lifted up his jacket, reached into his waistband and pulled out a black handgun and handed it to Davis. Davis and Patterson looked at the gun and identified it as a Sig Saur P229 357 cal. Handgun, similar to what the Springfield Police Dept. issue to its officers. Davis told me the gun was "holster worn" and didn't appear to have been fired a great deal. Davis told Dossie Sanders that the gun needed 357 cal. Ammunition and asked for his F.O.I.D. card. Dossie Sanders told Davis he did not have a F.O.I.D. card, but that his "wife" did. Davis Stated he pulled the guns magazine out to make sure the gun was not loaded. Davis Stated the magazine had "restricted law enforcement use only" stamped on it. Davis stated about this time Andeatte Sanders went out to their car (IL-7884741) and came into the store with her F.O.I.D. card. Davis stated he handed Andeatte Sanders the gun and said he could not sell any ammunition because he believed the ammunition would be going to Dossie Sanders. Patterson witnessed the whole incident. Dossie Sanders and Andeatte Sanders then left the store and got into a dark colored vehicle with the Illinois license plate of 7884741 and left. Davis wrote the plate down and called the police. Patterson and Davis described the black male suspect as 27-30 years old, 6'00" 150 lbs, wearing a black "starter like" jacket, blue jeans and a dark stocking cap on his head. Patterson and Davis described the black female as approximately 5'04", 100lbs wearing a dark coat.

A check of Dossie Sanders' name though dispatch showed that he is a convicted felon. Dossie Sanders shows felony status and his Illinois Department of Corrections jacket number is IL36491070. The computer shows that Dossie Sanders served time in the Graham and Shawnee correctional center.

I ran IL-7884741 through dispatch and Il-7884741 registers to Andeatte Sanders at 1629 E. Edwards.

I then went to the address of Dossie and Andeatte Sanders, 1629 E. Edwards, and found their car IL-7884741 in the driveway to the West of 1629 E. Edwards, 1621 E. Edwards. Dossie and Andeatte Sanders came out of the house to speak with officers. Dossie and Andeatte were wearing clothes that matched the description Davis and Patterson gave. Patterson came to 1629 E. Edwards and positively identified Dossie Sanders and Andeatte Sanders as the suspects in the incident at Birds and Brooks.

Further Affiant Sayeth Not.

                                                            _[signature]_
                                                            AFFIANT

Subscribed and sworn to before me
this __2__ day of _March_, 2005.

68

EXHIBIT 5