E-FILED
Friday, 04 November, 2005  05:28:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Criminal No. 05-30028 |
| | ) | |
| DOSSIE SANDERS and | ) | |
| ANDEATTE R. SANDERS, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO REQUIRE DEFENDANTS TO
SUPPLY FINGER AND HAND PRINTS**

Comes now the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Patricia McInerney, Assistant United States Attorney, and move this Court to direct the defendants, Dossie Sanders and Andeatte R. Sanders to supply finger and hand prints. In support thereof, states as follows:

1.   Defendants were indicted on March 17, 2005, charged with various offenses including Title 21 drug offenses and Title 18 firearm offenses. The investigation preceding their indictment included the execution of a search warrant at their residence located at 1629 East Edwards Street, Springfield, Illinois, at which time numerous items were seized, including, but not limited to, plastic bags containing cocaine, crack cocaine, and marijuana, drug

paraphernalia, firearms, and ammunition. Those items have been submitted to a forensic laboratory for further examinations. The laboratory examiner has indicated that the items submitted have identifiable finger/hand prints which may be those of the defendants. In order to make a comparison of the questioned prints with those of the defendants for identification purposes, the laboratory needs prints from the defendants that are "major case prints," which include full finger and hand prints.

The United States Supreme Court has stated that the Fifth Amendment privilege against self-incrimination offers no protection against compulsion to submit to fingerprinting (or against compulsion to write for identification). *Schmerber v. California*, 384 U.S. 757, 764 (1966). The Fifth Amendment protects only against compulsory production of testimonial evidence; it does not protect against compulsory production of real or physical evidence. Therefore, physical characteristics such as prints and handwriting (handprinting) are outside the protection of the Fifth Amendment.

2. Further, because there is no expectation of privacy with providing physical characteristics such as prints, there are no legitimate concerns under the Fourth Amendment by their compulsory production. *Davis v. Mississippi*, 394 U.S. 206, 222 (1960); *United States v. Gibson*, 444 F.2d 275 (5th Cir. 1971)18 (1980.) In conformity with these cases, the Seventh Circuit Court of Appeals has also ruled

that obtaining fingerprints is not in derogation of the Fifth Amendment privilege against self-incrimination or a violation of the Fourth Amendment right against unreasonable searches and seizures.  *United States v. Sechrist*, 640 F.2d 81 (7th Cir. 1981); *United States v. Caballos*, 385 F.3d 1120, 1123 (7th Cir. 2004).

WHEREFORE, the government prays that its motion to require defendants to supply finger and hand prints be granted.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


By:    s/ Patricia A. McInerney
Patricia A. McInerney
Assistant United States Attorney
Illinois Attorney Bar No. 0782440
318 South 6th Street
Springfield, Illinois 62701
Telephone:  (217) 492-4450
Fax: (217) 492-4044
patricia.mcinerney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    R. Peter Wise
    Attorney for Dossie Sanders

    Jon Noll
    Attorney for Andeatte Sanders


    s/ Patricia A. McInerney
    Patricia A. McInerney, 0782440 (Illinois)
    Assistant United States Attorney
    318 South Sixth Street
    Springfield. IL 62701
    Telephone: (217) 492-4450
    patricia.mcinerney@usdoj.gov