IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 05-30028 |
| ) | |
| ANDEATTE R. SANDERS, ) | |
| ) | |
| Defendant. ) | |

FILED
DEC - 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### AGREEMENT OF RESERVATION OF APPELLATE RIGHTS PURSUANT TO RULE 11(a)(2) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

**WHEREAS**, Andeatte Sanders was charged by way of Indictment on March 17, 2005 in Case No. 05-30028 in which she was charged in two counts for aiding the possession of a firearm by a felon in violation of Title 18 U.S. C. §2, 922(g)(1) and 924(a)(2).

**WHEREAS**, she has pled guilty pursuant to a conditional plea of guilty under Rule 11(a)(2) before United States Magistrate Judge Byron G. Cudmore on November 30, 2005;

**WHEREAS**, it was agreed among the parties in open court that Andeatte Sanders, in her plea, was reserving the right to have an appellate court review this Court's denial of her pretrial of the pretrial motion in this case, namely her Motion to Suppress Evidence, filed September 13, 2005.

**WHEREAS** Andeatte Sanders pled guilty on an open plea without a written plea agreement and wished to reserve her appellate rights as to denial of the pretrial motion.

This pleading is to evidence a written agreement of the parties that Andeatte Sanders' plea entered on November 30, 2005 as to Counts 3 and 4 of the Indictment in the above styled

proceedings was done conditionally to allow Andeatte Sanders to reserve her right of appeal on these issues.

_____Andeatte Sanders_____
ANDEATTE SANDERS, Defendant

ANDEATTE SANDERS,
Defendant,

BY: ___s/Jon Gray Noll___
    Her Attorney

UNITED STATES OF AMERICA,
Plaintiff,

BY: ___s/ Patricia A. McInerney___
    Patricia McInerney, Assistant U. S. Attorney

**APPROVED AS TO FORM AND CONTENT BY THE COURT:**

DATE: __12/8/05__     ___s/ Byron G. Cudmore___
                     Byron G. Cudmore, Magistrate Judge

2