IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.  05-30028 |
| | ) |
| DOSSIE SANDERS and ANDEATTE SANDERS, | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCINGS**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patricia A. McInerney, Assistant United States Attorney respectfully submits its motion to continue sentencing.  The government states as follows:

1.     This matter is scheduled for sentencing on April 7, 2006 for both defendants.

2.     The defendants, Dossie Sanders and Andeatte Sanders, are currently cooperating with the government in the investigation of other criminal matters.  The government requests that the sentencing hearings in the above matter be continued for a period of at least 60 days to allow the defendants to continue their cooperation and to enable the government to determine the value of the

cooperation and determine if a motion for downward departure shall be made.

3. Attorney Peter Wise, counsel for defendant Dossie Sanders, has no objection to this continuance.

4. Attorney Jon Noll, counsel for defendant Andeatte Sanders, has no objection to this continuance.

WHEREFORE, the United States of America respectfully requests that its motion to continue sentencings be granted.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patricia A. McInerney
Patricia A. McInerney, 0782440 (Illinois)
Assistant United States Attorney
318 South Sixth Street
Springfield. IL 62701
Phone: (217) 492-4450
patricia.mcinerney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Peter Wise
>Attorney for Dossie Sanders
>
>Jon Noll
>Attorney for Andeatte Sanders

>s/ Patricia A. McInerney
>Patricia A. McInerney, 0782440 (Illinois)
>Assistant United States Attorney
>318 South Sixth Street
>Springfield. IL 62701
>Phone: (217) 492-4450
>patricia.mcinerney@usdoj.gov