**E-FILED**
Monday, 19 June, 2006  02:54:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-30028 |
| | ) | |
| ANDEATTE R. SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR TRANSCRIPT OF EVIDENTIARY HEARING

**NOW COMES** Defendant, ANDEATTE R. SANDERS, by and through her court-appointed attorney, Noll Law Office, and in support of her Motion for Trial Transcript of Motions Hearing, states to this Honorable Court as follows, that:

1.      Defendant is charged by indictment with two counts of aiding the possession of a firearm by a felon, in violation of 18 U.S.C. §§ 2, 922(g)(1) and 924(a)(2).

2.      On March 7, 2005, Defendant was released on $10,000 O/R bond and remains on bond as of this date.

3.      Sentencing in this matter is currently set for July 17, 2006, at 2:30 p.m.

4.      Defendant respectfully requests transcript of evidentiary hearing held on November 3, 2005.  Defendant wishes to review the requested transcript prior to her sentencing.

5.      This Defendant has been previously determined to be indigent, which requires the authority of this Court to order the transcription of the hearing herein requested.

**WHEREFORE,** Defendant, Andeatte Sanders, respectfully requests a copy of the transcript of the evidentiary hearing held on November 3, 2005, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,
ANDEATTE R. SANDERS, Defendant


BY:     /s Jon Gray Noll
        Jon Gray Noll 02060108
        Attorney for Defendant
        Noll Law Office
        802 South Second Street
        Springfield, IL 62704
        Telephone: (217) 544-8441
        Fax: (217) 544-8775
        E-mail: noll@noll-law.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

### CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patricia McInerney
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701
Email: patricia.a.mcinerney@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Andeatte Sanders
1527 E. Adams
Springfield, IL 62703


/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

2