IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-30028 |
| ) | |
| DOSSIE SANDERS, ) | |
| and ANDEATTE SANDERS, ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patricia A. McInerney, Assistant United States Attorney respectfully requests this Court to continue the sentencing hearing for the above names defendants and as reasons states the following:

1. The defendants have pled guilty. Dossie Sanders pled guilty pursuant to the terms of a plea agreement which included his agreement to fully cooperate with the government. Andeatte Sanders, since her open plea of guilty, has entered into an cooperation agreement with the government.

1

Both defendants have met with government agents and have started providing information. The information provided thus far is pertinent to both state and federal law enforcement agencies. Due to scheduling conflicts, agents have not been able to complete the interview process.

2. At the present stage of the cooperation in this case, the government is unable to assess the value of the cooperation, or to determine whether a Rule 35 motion may be appropriate for any cooperation the defendants have already given but is not yet completed. Agents have indicated that they believe that they can complete the interview process within the next 30 days.

3. This motion is not made for the purpose of delay, but to comply with the terms of the plea agreement and the cooperation agreements entered into between the defendants and the government in this case.

4. Peter Wise, Attorney for Dossie Sanders, and Jon Noll, Attorney for Andeatte Sanders agree to this motion to continue the sentencing hearings in this case.

WHEREFORE, the United States of America respectfully requests that the sentencing hearing scheduled for defendants on Monday, July 17, 2006, be continued for a date after August 17, 2006vin Collins and Justin List, be reset for May 25, 2006 at 9:00 a.m. and June 5, 2006, at 9:00 a.m. respectively.

> Respectfully submitted,
>
> RODGER A. HEATON
> UNITED STATES ATTORNEY
>
>
> s/ Patricia A. McInerney
> Patricia A. McInerney, 0782440 (Illinois)
> Assistant United States Attorney
> 318 South Sixth Street
> Springfield. IL 62701
> Phone: (217) 492-4450
> patricia.mcinerney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> D. Peter Wise
> Gates, Wise & Schlosser, P.C.
> 1231 South 8th Street
> Springfield, IL 62703
>
>
> Jon Gray Noll
> Noll Law Office
> 802 South 2nd Street
> Springfield, IL 62704

>> s/ Patricia A. McInerney
>> Patricia A. McInerney, 0782440 (Illinois)