E-FILED
Thursday, 28 September, 2006 04:34:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANDEATTE R. SANDERS, )<br>)<br>Defendant. ) | No. 05-30028 |

## MOTION TO CONTINUE SENTENCING

**NOW COMES** Defendant, ANDEATTE R. SANDERS, by and through her court-appointed attorney, Noll Law Office, and in support of her Motion to Continue Sentencing in this matter, states to this Honorable Court as follows, that:

1. Defendant was charged by indictment with two counts of aiding the possession of a firearm by a felon, in violation of 18 U.S.C. §§ 2, 922(g)(1) and 924(a)(2).

2. Defendant pled guilty pursuant to a conditional plea of guilty under Rule 11(a)(2) before United States Magistrate Judge Byron G. Cudmore on November 30, 2005.

3. Sentencing in this matter is presently set for Monday, October 2, 2006 at 3:30 PM.

4. On Thursday, September 28, 2006, counsel for Defendant was contacted by Assistant United States Attorney Patricia McInerney in order to inform Defendant's counsel that the continued cooperation of this Defendant under her cooperation agreement is necessary as a Grand Jury witness in November, 2006.

5. Further cooperation by this Defendant is in the Defendant's best interest.

6. Defendant's co-defendant is also requesting a continuation of his sentencing, which request will be filed contemporaneously with this Defendant's motion.

7. Defendant's request to continue her sentencing in this matter is not intended to delay these proceedings, but is in the interest of justice.

8. . For the above reasons, the Defendant respectfully requests a continuance of the sentencing in this matter for a period of sixty (60) days, or a time that is convenient to this Court.

**WHEREFORE,** Defendant, Andeatte Sanders, respectfully requests a continuance of her sentencing in the above-captioned matter, for a period of sixty (60) days, or a time that is convenient to this Court, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,
**ANDEATTE R. SANDERS**, Defendant

BY:   /s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patricia McInerney
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701
Email: patricia.a.mcinerney@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Andeatte Sanders
1527 E. Adams
Springfield, IL 62703

                              /s Jon Gray Noll
                              Jon Gray Noll 02060108
                              Attorney for Defendant
                              Noll Law Office
                              802 South Second Street
                              Springfield, IL 62704
                              Telephone: (217) 544-8441
                              Fax: (217) 544-8775
                              E-mail: noll@noll-law.com