IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | No. 05-30028 |
| ) | |
| ANDEATTE R. SANDERS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE SENTENCING

**NOW COMES** Defendant, ANDEATTE R. SANDERS, by and through her court-appointed attorney, Noll Law Office, and in support of her Motion to Continue Sentencing in this matter, states to this Honorable Court as follows, that:

1. Defendant was charged by indictment with two counts of aiding the possession of a firearm by a felon, in violation of 18 U.S.C. §§ 2, 922(g)(1) and 924(a)(2).

2. Defendant pled guilty pursuant to a conditional plea of guilty under Rule 11(a)(2) before United States Magistrate Judge Byron G. Cudmore on November 30, 2005.

3. Sentencing in this matter is presently set for Monday, December 4, 2006, at 3:30 PM.

4. Defendant's continued cooperation on a vitally important case to state and federal authorities is necessary.

5. For this reason, Defendant respectfully requests a continuance in her sentencing hearing of sixty (60) to ninety (90) days, or to a date that is convenient to this Court.

6. Defendant's request to continue her sentencing in this matter is not intended to delay these proceedings, but is in the interest of justice.

7. Defense counsel has spoken with AUSA Patricia McInerney, who has no objection to the filing of this motion.

**WHEREFORE,** Defendant, Andeatte Sanders, respectfully requests a continuance of her sentencing in the above-captioned matter, for a period of sixty (60) to ninety (90) days, or a time that is convenient to this Court, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,
**ANDEATTE R. SANDERS**, Defendant

BY:  /s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

      I hereby certify that on November 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patricia McInerney
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701
Email: patricia.a.mcinerney@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:


Andeatte Sanders
1527 E. Adams
Springfield, IL 62703


                                            /s Jon Gray Noll
                                            Jon Gray Noll 02060108
                                            Attorney for Defendant
                                            Noll Law Office
                                            802 South Second Street
                                            Springfield, IL 62704
                                            Telephone: (217) 544-8441
                                            Fax: (217) 544-8775
                                            E-mail: noll@noll-law.com