E-FILED
Wednesday, 30 May, 2007  11:54:44 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  05-30028 |
| ) | |
| DOSSIE SANDERS and ANDEATTE ) | |
| SANDERS, ) | |
| ) | |
| Defendants. ) | |

### GOVERNMENT'S MOTION TO CONTINUE SENTENCINGS

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patricia A. McInerney, Assistant United States Attorney respectfully submits its motion to continue sentencings.  The government states as follows:

1.    This matter is scheduled for sentencing on June 4, 2007 for both defendants.

2.    The defendants, Dossie Sanders and Andeatte Sanders, are currently cooperating with the government in the matter of U.S. v. Michael Thompson, 07-30010, which is currently set for jury trial beginning July 3, 2007.

3.    The government requests that the sentencing hearings in the above matter be continued for a period of at least 60 days to allow the defendants to

continue their cooperation and to enable the government to determine the value of the cooperation and determine if a motion for downward departure shall be made.

4.  Defendant, Dossie Sanders, is currently without counsel and, therefore, it is unknown whether he would object to this motion.

5.  Attorney Jon Noll, counsel for defendant Andeatte Sanders, has no objection to this continuance.

WHEREFORE, the United States of America respectfully requests that its motion to continue defendants' sentencing hearings for a period of 60 days be granted.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patricia A. McInerney
Patricia A. McInerney, 0782440 (Illinois)
Assistant United States Attorney
318 South Sixth Street
Springfield. IL 62701
Phone: (217) 492-4450
patricia.mcinerney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jon Noll
>Attorney for Andeatte Sanders

I hereby certify that on May 30, 2007 I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

>Dossie Sanders
>c/o Menard County Jail
>315 South Sixth Street
>Petersburg, IL 62675

>s/ Patricia A. McInerney
>Patricia A. McInerney, 0782440 (Illinois)
>Assistant United States Attorney
>318 South Sixth Street
>Springfield. IL 62701
>Phone: (217) 492-4450
>patricia.mcinerney@usdoj.gov