IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 05-30028 |
| ANDEATTE R. SANDERS, | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING

**NOW COMES** Defendant, ANDEATTE R. SANDERS, by and through her court-appointed attorney, Noll Law Office, and in support of her Motion to Continue Sentencing in this matter, states to this Honorable Court as follows, that:

1. Defendant was charged by indictment with two counts of aiding the possession of a firearm by a felon, in violation of 18 U.S.C. §§ 2, 922(g)(1) and 924(a)(2).

2. Defendant pled guilty pursuant to a conditional plea of guilty under Rule 11(a)(2) before United States Magistrate Judge Byron G. Cudmore on November 30, 2005.

3. Sentencing in this matter is presently set for Monday, September 10, 2007 at 1:30 PM.

4. In the second week of November, this Defendant is scheduled to testify in another criminal matter. Assistant United States Attorney Patricia McInerney is aware of the continued cooperation of this Defendant under her cooperation agreement, which cooperation is still necessary, and she has no objection to this request for a continuance.

5.   Further cooperation by this Defendant is in the Defendant's best interest.

6.   Defendant's request to continue her sentencing in this matter is not intended to delay these proceedings, but is in the interest of justice.

7. .   For the above reasons, the Defendant respectfully requests a continuance of the sentencing in this matter to December, 2007, or a time that is convenient to this Court.

**WHEREFORE,** Defendant, Andeatte Sanders, respectfully requests a continuance of her sentencing in the above-captioned matter to December 2007 or a time that is convenient to this Court, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,
**ANDEATTE R. SANDERS**, Defendant

BY:   /s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patricia McInerney
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701
Email: patricia.a.mcinerney@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Andeatte Sanders
1527 E. Adams
Springfield, IL 62703

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com