E-FILED
Thursday, 14 February, 2008  02:06:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-30028 |
| | ) | |
| ANDEATTE R. SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING

**NOW COMES** Defendant, ANDEATTE R. SANDERS, by and through her court-appointed attorney, Noll Law Office, and in support of her Motion to Continue Pre-Trial and Trial Setting, states to this Honorable Court as follows, that:

1.      Defendant is charged by indictment with two counts of aiding the possession of a firearm by a felon, in violation of 18 U.S.C. §§ 2, 922(g)(1) and 924(a)(2).

2.      Defendant is an indigent person which status has previously been determined by this Court.

3.      On March 7, 2005, Defendant was released on $10,000 O/R bond and remains on bond as of this date.

4.      Defendant's sentencing is currently scheduled for March 3, 2008 at 1:30 p.m.

5.      Defendant will be a cooperating witness in the pending case *United States v. Michael Thompson*, which is presently scheduled for early June.

6.      Defendant respectfully requests a continuance of her sentencing to a time in early July so that her cooperation be fully realized.

7.      The government has no objections to the filing of this motion.

**WHEREFORE,** Defendant, Andeatte Sanders, respectfully requests a continuance of her sentencing to early July, or a time convenient for the Court, in order that her cooperation can be fully realized, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

ANDEATTE R. SANDERS, Defendant

BY:     /s Jon Gray Noll
        Jon Gray Noll 02060108
        Attorney for Defendant
        Noll Law Office
        802 South Second Street
        Springfield, IL 62704
        Telephone: (217) 544-8441
        Fax: (217) 544-8775
        E-mail: noll@noll-law.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

### CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patricia McInerney
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701
Email: patricia.a.mcinerney@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Andeatte Sanders
1527 E. Adams
Springfield, IL 62703

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com